## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*KEITH RUSSELL JUDD* v. *OFFICE OF THE LIEUTENANT GOVERNOR OF ALASKA, ELECTION DIVISION, et al.*

THE HONORABLE JOHN W. SEDWICK      CASE NO. 3:11-cv-00123 (JWS)

PROCEEDINGS: **ORDER FROM CHAMBERS**      Date: August 10, 2012

    Plaintiff Judd did not pay the filing fee required to proceed with a civil action in federal court. His application for leave to proceed without prepayment of fees was denied. Judd appealed that decision, but his appeal was dismissed as frivolous. This case is closed. The motions filed by Judd at dockets 14, 15, and 16 are therefore **DENIED**. The court will not entertain any further motions, letters or other documents from Judd. **If Judd sends further papers relating to this case, the Clerk of Court shall not file them, but instead shall mail them back to Judd**.